UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:10CR217 HEA |
| | ) |
| DAVID FLETCHER, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss Indictment [Doc. #186] is granted.

Dated this 7th day of April, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE